# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 18-1576 JFW (FFM) | Date | September 24, 2018 |
|---|---|---|---|
| Title | DANIEL LOPEZ v. LAS PALMAS PUPUSERIA INC., et al. | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE

The Court is in receipt of plaintiff's motion for an order compelling initial disclosures, or in the alternative, for an order excluding non-disclosed witnesses and documents, filed September 23, 2018. (Docket No. 28.) Plaintiff asserts that defendant Las Palmas Pupuseria Inc. has failed to produce its initial disclosures, despite a letter to defendant's attorney requesting defendant either to comply with its discovery obligations or to meet and confer regarding the missing disclosures.

In light of plaintiff's showing, defendant Las Palmas Pupuseria Inc. is ORDERED TO SHOW CAUSE, in writing, on or before **October 4, 2018**, why its answer should not be stricken and a default judgment entered for failure to comply with its discovery obligations. Defendant may comply with the terms of this Order by either: 1) filing a proof of service demonstrating that it served plaintiff with a copy of defendant's initial disclosures; or 2) filing a response detailing defendant's objections to the entry of an Order striking defendant's answer and entering a default judgment against it.

IT IS SO ORDERED.

| | : | |
|---|---|---|
| | Initials of Preparer | JM |