UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LOPEZ,<br><br>        Plaintiff,<br><br>v.<br><br>LAS PALMAS PUPUSERIA INC., and DOES 1-10,<br><br>        Defendants. | No. CV 18-1576 JFW (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the September 24, 2018 Order to Show Cause, all the records and files herein, and the Report and Recommendation of United States Magistrate Judge. Defendant Las Palmas Pupuseria Inc. ("defendant") has not filed any written Objections to the Report. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that (1) defendant's answer is stricken; and (2) the Clerk of the Court is directed to enter defendant's default.

DATED: December 14, 2018

_____
JOHN F. WALTER
United States District Judge